IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CATHERINE E. WHITEHEAD,

    *Plaintiff*,

v.                            Case No.: 4:21cv245-MW/MAF

KILOLO KIJAKAZI,
ACTING COMMISSIONER SOCIAL
SECURITY ADMINISTRATION,

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections, ECF No. 19. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 18, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk is directed to enter judgment stating, "The Commissioner's decision denying benefits is **REVERSED** and this matter is **REMANDED** to the Commissioner for further proceedings consistent with this Order pursuant to sentence four of 42 U.S.C. § 405(g)." The

Clerk shall take all steps necessary to effect the remand and close the file.

**SO ORDERED on September 19, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
